## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

*Tony Goodrum and Jason Mixon, individually and on behalf of all others similarly situated*
                *Plaintiff(s)*

                VS.        Case No: 1:25-cv-07062

*Veradigm, Inc.*
                *Defendant(s)*

### AFFIDAVIT OF SERVICE

I, Steven A. Stosur, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Class Action Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 07/10/2025 at 02:14 PM, I served Veradigm, Inc. c/o CT Corporation System, Registered Agent at 208 South LaSalle Street, Suite 814, Chicago, Illinois 60604 with the Summons and Class Action Complaint by serving Tyshaun Meeks, Agent, authorized to accept service on behalf of CT Corporation System.

Tyshaun Meeks is described herein as:

Gender: Male    Ethnicity: African American    Age: 38    Weight: 225    Height: 5'11"    Hair: Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 07/17/2025

_____
Steven A. Stosur

Client Ref Number: Mat No. 250627119823
Job #:13694160