# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TONY GOODRUM and JASON MIXON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VERADIGM, INC.,<br><br>Defendant. | Case No.: 1:25-cv-07062<br><br>Honorable John Robert Blakey |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Jason Mixon, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses his individual claims only, against Defendant Veradigm, Inc., without prejudice, each party to bear its own costs and fees.

Dated: September 15, 2025

Respectfully submitted,

  *s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com

Jeff Ostrow (pro hac vice forthcoming)
**KOPELOWITZ OSTROW P.A.**
One West Law Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
Email: ostrow@kolawyers.com

Andrew J. Shamis
**SHAMIS & GENTILE P.A.**
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: (786) 479-2299

Email: ashamis@shamisgentile.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 15, 2025 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

      */ s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866-252-0878
gklinger@milberg.com