# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TONY GOODRUM and JASON MIXON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> VERADIGM, INC., <br><br> Defendant. | CASE NO.: 1:25-cv-07062 <br><br> Hon. John Robert Blakey |

## PLAINTIFFS' UNOPPOSED MOTION TO MODIFY CASE CAPTION AND CORRECT THE RECORD

Plaintiffs Tony Goodrum, Marty Wooley, Todd Clay, and Tanya Walker (together, "Plaintiffs") respectfully move the Court:

A:  for an order modifying the case caption and style to reflect the four plaintiffs named in the operative Consolidated Complaint (ECF No. 27), and;

B:  for leave to correct the record inadvertently established at the Preliminary Approval Hearing conducted on September 17, 2025, where Plaintiffs' counsel inaccurately and unintentionally represented to the Court that there were only two Class Representatives who would be seeking a service award, when all four of the Plaintiffs listed as Class Representatives in the Settlement Agreement (ECF No. 26-1), in the Preliminary Approval Motion (ECF No. 26), and the proposed Preliminary Approval Order submitted to the Court by email earlier today, intend to seek service awards.

In support of this motion, Plaintiffs state the following:

1. Plaintiff Goodrum and former plaintiff Mixon initially filed this action on June 25, 2025 (ECF No. 1).

2. On July 31, 2025, a second action was filed by Plaintiff Wooley (Case No. 1:25−cv−08963).

3. On August 1, 2025, Plaintiff Goodrum and former plaintiff Mixon filed a motion to consolidate their actions with the second action filed by Plaintiff Wooley (ECF No. 11). The Court granted the motion on August 19, 2025 (ECF No. 18).

4. On August 21, 2025, Plaintiffs Goodrum, Wooley, and former plaintiff Mixon filed a Consolidated Complaint (ECF No. 20).

5. Class Counsel was then retained by Plaintiffs Clay and Walker.

6. After the Consolidated Complaint was filed, the Parties decided to discuss early resolution, and agreed to participate in a private mediation.

7. In anticipation of mediation, the three named Plaintiffs in the Consolidated Complaint (Goodrum Wooley, and Mixon) and the two additional Plaintiffs (Clay and Walker) helped Class Counsel prepare for settlement talks.

8. During the lead-up to mediation, Plaintiff Mixon decided that if the case was settled he did not want to serve as a class representative and would prefer to be dismissed from the action.

9. The case was ultimately settled at mediation with the help of Plaintiffs Goodrum, Wooley, Clay, and Walker (i.e. all Plaintiffs other than former plaintiff Mixon).

10. On August 30, 2025, an Amended Consolidated Complaint was filed adding Plaintiffs Clay and Walker and also dropping former plaintiff Mixon (ECF No. 27). Former plaintiff Mixon subsequently voluntarily dismissed his individual case on September 15, 2025 (ECF No. 31).

11. Despite the change in Plaintiffs (adding two and dropping one), the Amended Consolidated Complaint did not modify the case caption/style as counsel did not think it was

appropriate to modify absent a court order.

12. To avoid confusion, Plaintiffs now respectfully move the Court to modify the case style and caption to only include the four remaining plaintiffs (Goodrum, Wooley, Clay, and Walker, all of whom assisted counsel in preparation for settlement discussions and are prepared to serve as class representatives going forward.

13. The proposed revised style of the case and case caption is as follows:

| | |
|---|---|
| TONY GOODRUM, MARTY WOOLEY, TODD CLAY, and TANYA WALKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VERADIGM, INC.,<br><br>Defendant. | **CASE NO.: 1:25-cv-07062**<br><br>**Hon. John Robert Blakey** |

14. On August 30, 2025, Plaintiffs filed their Unopposed Motion for Preliminary Approval, seeking the appointment of all four of these Plaintiffs (Goodrum, Wooley, Clay, and Walker) as Class Representatives (ECF No. 26). All four are also named as Class Representatives in the Settlement Agreement (ECF No. 26-1).

15. In response to a question from the Court at the Preliminary Approval Hearing conducted on September 17, 2025, Class Counsel Gary M. Klinger mistakenly looked at the non-amended style of the case, and erroneously informed the Court (in response to an inquiry from the Court) that only two Plaintiffs would be seeking service awards. This was an inadvertent, unintentional, good faith mistake on the part of Mr. Klinger, for which he apologizes to the Court.

16. Plaintiffs now seek leave to correct the erroneous record established at the

Preliminary Approval Hearing, and accurately advise the Court that all four of the current named Plaintiffs/Class Representatives will seek service awards by way of a separate motion filed prior to the objection and opt-out deadlines.

17. Defendant does not oppose the relief sought in this motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order granting this motion, directing the Clerk to amend the case caption to the style set out above, and correcting the record to reflect that all four of the current named Plaintiffs will be seeking service awards, subject to the Court's approval.

Date: September 18, 2025.                    Respectfully Submitted,

*/s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866.252.0878
gklinger@milberg.com

*/s/ Jeff Ostrow*
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Tel: 954.332.4200
ostrow@kolawyers.com

*Counsel for Plaintiffs and the Settlement Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    */s/ Gary M. Klinger*
    Gary M. Klinger
    **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
    227 W. Monroe Street, Suite 2100
    Chicago, IL 60606
    Phone: 866.252.0878
    gklinger@milberg.com