# EXHIBIT B

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TONY GOODRUM, MARTY WOOLEY, TODD CLAY, and TANYA WALKER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VERADIGM, INC.,<br><br>    Defendant. | CASE NO.: 1:25-cv-07062 |

## AMENDMENT TO SETTLEMENT AGREEMENT

This Amendment to Settlement Agreement[1] is entered into between Plaintiffs, on behalf of themselves and the provisionally certified Settlement Class, on the one hand, and Defendant, on the other hand, and shall be effective as of October 13, 2025.

**WHEREAS**, the Parties entered into the Settlement Agreement on August 29, 2025;

**WHEREAS**, following the Preliminary Approval Order (ECF No. 36), and based on additional analysis and data mining, the Parties came to estimate that the Settlement Class included approximately 500,000 more members than the Parties originally estimated and used as the basis to negotiate the monetary terms of the Settlement;

**WHEREAS**, as a result of the anticipated increase in the class size and to properly account for the additional Settlement Class Members, the Parties renegotiated the amount of the non-reversionary Settlement Fund from $8,750,000 to $10,500,000;

**WHEREAS**, for a portion of the additional Settlement Class Members, neither physical

---

[1] All capitalized terms herein shall have the same meanings as those defined in Section II of the Settlement Agreement.

addresses nor email addresses were available; therefore, to provide proper notice of the Settlement, the Parties will add Publication Notice to the existing, approved Notice Program. The Publication Notice will involve a targeted media campaign, including online display banner advertising, Google keyword search advertising, and social media advertising through Facebook, all specifically designed to engage Settlement Class Members who were impacted by the Data Incident.

**WHEREAS**, pursuant to paragraph 136 of the Agreement, subject to Court approval, Class Counsel and Defendant's Counsel have the authority to enter into this Amendment to modify the Agreement.

**NOW THEREFORE**, in consideration for the Parties' promises and commitments in the Settlement Agreement, the Parties hereby modify the Agreement to change the Settlement Fund as defined in paragraph 65 of the Agreement from $8,750,00 to $10,500,000 and to add Publication Notice to the Notice Program. All Notices shall reflect the new Settlement Fund amount.

No other provisions of the Agreement are affected by this Amendment. The Parties agree to file a motion with the Court seeking approval of this Amendment and, upon approval to commence the Notice Program as contemplated by the Preliminary Approval Order.

| CLASS COUNSEL | VERADIGM'S COUNSEL |
|---|---|
| *Jeffrey Ostrow* | *Alfred Saikali* |
| Jeffrey Ostrow (Oct 13, 2025 14:04:17 EDT) | Alfred Saikali (Oct 13, 2025 14:08:13 EDT) |
| **JEFF OSTROW** | **ALFRED J. SAIKALI** |
| KOPELOWITZ OSTROW P.A. | SHOOK, HARDY & BACON L.L.P. |

Gary Klinger (Oct 13, 2025 13:03:32 CDT)

**GARY KLINGER**
MILBEG COLEMAN BRYSON
PHILLIPS GROSSMANP PLLC