## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Tony Goodrum, et al.
                          Plaintiff,

v.                                             Case No.: 1:25−cv−07062
                                                           Honorable John Robert Blakey

Veradigm, Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 5, 2025:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 11/5/2025. For the reasons discussed on the record, this Court takes the Plaintiffs' unopposed motion for preliminary approval [41] of the class action settlement under advisement. The parties should submit an updated proposed preliminary approval order to Judge Blakey's proposed order inbox, proposed_order_blakey@ilnd.uscourts.gov. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.