# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Tony Goodrum, et al.

|                              | Plaintiff, |                                    |
|------------------------------|------------|------------------------------------|

v.                                                    Case No.: 1:25−cv−07062

Honorable John Robert Blakey

Veradigm, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 6, 2025:

MINUTE entry before the Honorable John Robert Blakey: For the reasons discussed on the record at the motion hearing held 11/5/25, this Court grants Plaintiffs' unopposed motion for preliminary approval of the amended class action settlement [41]. Enter Preliminary Approval Order. The Court denies as moot Plaintiffs' motion to amend/correct the prior preliminary approval order [37]. Consistent with the accompanying Preliminary Approval Order, this matter remains set for a Final Approval Hearing on 3/18/2026 at 11:00 a.m. in Courtroom 1203. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.