## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Tony Goodrum, et al.

                    Plaintiff,

v.                                                          Case No.: 1:25−cv−07062
                                                            Honorable John Robert Blakey

Veradigm, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 26, 2026:

     MINUTE entry before the Honorable John Robert Blakey: Based upon the representations in the parties' 3/25/26 status report [61], as well as the parties' submissions and in−court representations, the Court hereby grants Plaintiffs' unopposed motion for final approval [51], over objection, and denies as moot Eleanor Rhoden's request to be added to this case [56]. Enter Final Approval Order. The Clerk shall enter final judgment consistent with the Final Approval Order. Civil case terminated. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.